JS-6

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
      San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
      San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Walter E. Sanchez**, | Case: 2:14-CV-02704-BRO-AS |
| Plaintiff, | ~~Proposed~~ Judgment Re: Default Judgment |
| v. | |
| **Osher Investment LLC,** a California Limited Liability Company; **Ahava Oil, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

1

1    Upon review of the court files, the application for default judgment, the

2    declarations submitted in support of the default judgment, and the evidence

3    presented having been fully considered, it is hereby ordered and adjudged

4    that plaintiff, Walter E. Sanchez, is entitled to recover an award of $4,000 in

5    damages, $1,915 in attorney fees, and $440 in costs. Furthermore, the Court

6    enters an injunction against defendants, Osher Investment LLC and Ahava

7    Oil, Inc., compelling them to modify their credit card reader machines,

8    located at 2850 E. Palmdale Blvd., Palmdale, California, to comply with the

9    ADA Accessibility Guidelines.

10      7/29/2014

11   Dated: _____   By:_____

     United States District Judge

12

13

14   *Presented by*:

15   Mark Potter, Esq.

16   858-375-7385

     mark@potterhandy.com

17   Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

2

Proposed judgment                                              Case: 2:14-CV-02704-BRO-AS